# Court of Appeals
# of the State of Georgia

ATLANTA,    June 29, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1849.  JAMES D. CUNNINGHAM v. CITIMORTGAGE, INC.**

CitiMortgage, Inc., filed suit against James D. Cunningham, and the trial court granted summary judgment in favor of CitiMortgage.  Cunningham appealed from this ruling, and the appeal was docketed as Case Number A11A1459.  After the appeal was transmitted to this Court, Cunningham filed several pro se motions in the trial court pertaining to the appeal.  On May 12, 2011, the trial court entered a "Notice," informing Cunningham that it lacked jurisdiction to rule while the appeal remained pending in this Court.  Cunningham seeks to appeal this ruling.  We, however, find this appeal to be moot.

On September 14, 2011, this Court affirmed the trial court's grant of summary judgment to Citimortgage in an unpublished opinion.  See *Cunningham v. CitiMortgage, Inc.*, (Case No. A11A1459, decided Sept. 14, 2011).  This ruling is binding on the lower court.  See OCGA § 9-11-60 (h).  Any subsequent appeal is thus moot and subject to dismissal.  See OCGA § 5-6-48 (b) (3); *Wilkinson v. Household Finance Corp., III*, 250 Ga. App. 131, 132 (550 SE2d 677) (2001) (ruling in first appeal moots second appeal).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/29/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*